IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATSY D. COOPER                                                                           PLAINTIFF

Vs                                  CASE NO.: 4:08CV00138 BSM

PHYLLIS SOUTH, ET AL                                                                DEFENDANTS

## ORDER

The Initial Scheduling Order filed on March 19, 2008 (docket entry #6) directed the parties to file the Rule 26(f) Report no later than June 3, 2008.  The parties shall have until **Friday, November 7, 2008,** to file the report.

IT IS SO ORDERED this 28th day of October, 2008.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE